```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/27/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SCOT H. ATWOOD, individually
and on behalf of all others
similarly situated,

            Plaintiff,

    - against -

INTERCEPT PHARMACEUTICALS, INC.,
MARK PRUZANSKI, and DAVID SHAPIRO,

           Defendants.
------------------------------------X

O R D E R

14 Civ. 1123 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS**, this case was previously designated for inclusion in the Pilot Project Regarding Case Management Techniques for Complex Civil Cases in the Southern District of New York (the "Pilot Project"), it is hereby

    **ORDERED** that the designation is hereby vacated, and the Clerk of Court shall remove the COMPLEX-CSMGMT flag.

    SO ORDERED.

Dated:    New York, New York
           February 26, 2014

                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE