UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOT H. ATWOOD,<br>Individually and on Behalf of All Others<br>Similarly Situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>INTERCEPT PHARMACEUTICALS, INC.,<br>et al.,<br><br>      Defendants. | 14 Civ. 1123 (NRB)<br><br>ECF Case<br><br>Oral Argument Requested |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for defendants Intercept Pharmaceuticals, Inc., Mark Pruzanski, and David Shapiro. I certify that I am admitted to practice in this Court.

Dated: April 3, 2014

                Respectfully submitted,

                By: /s/ Michael G. Bongiorno
                Michael G. Bongiorno
                WILMER CUTLER PICKERING HALE
                 AND DORR LLP
                7 World Trade Center
                250 Greenwich Street
                New York, New York 10007

                Tel.: 212-230-8800
                Fax: 212-230-8888
                Email: michael.bongiorno@wilmerhale.com