UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOT H. ATWOOD, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> INTERCEPT PHARMACEUTICALS, INC., et al., <br><br> Defendants. | 14 Civ. 1123 (NRB) <br><br> ECF Case <br><br> Oral Argument Requested |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for defendants Intercept Pharmaceuticals, Inc., Mark Pruzanski, and David Shapiro.  I certify that I am admitted to practice in this Court.

Dated: April 3, 2014

                                                Respectfully submitted,

                                                By: /s/ Shauna K. Friedman_____
                                                Shauna K. Friedman
                                                WILMER CUTLER PICKERING HALE
                                                  AND DORR LLP
                                                7 World Trade Center
                                                250 Greenwich Street
                                                New York, New York 10007

                                                Tel.: 212-230-8800
                                                Fax: 212-230-8888
                                                Email: shauna.friedman@wilmerhale.com