UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SCOT H. ATWOOD, Individually and on Behalf of All Others Similarly Situated, | x : : : : | 14 Civ. 1123 (NRB) |
| Plaintiff, | : : : | ECF Case<br><br>Oral Argument Requested |
| vs. | : : | |
| INTERCEPT PHARMACEUTICALS, INC., et al., | : : : | |
| Defendants. | : : : : : : : | |
| | x | |

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for defendants Intercept

Pharmaceuticals, Inc., Mark Pruzanski, and David Shapiro.  I certify that I am admitted to

practice in this Court.

Dated: April 3, 2014

Respectfully submitted,


By:  /s/ Tamar Kaplan-Marans_____
     Tamar Kaplan-Marans
     WILMER CUTLER PICKERING HALE
       AND DORR LLP
     7 World Trade Center
     250 Greenwich Street
     New York, New York 10007

     Tel.: 212-230-8800
     Fax: 212-230-8888
     Email: tamar.kaplan-marans@wilmerhale.com