# Robbins Geller
# Rudman & Dowd LLP

| Atlanta | Chicago | Melville | Philadelphia | San Francisco |
| Boca Raton | Manhattan | Nashville | San Diego | Washington, DC |

David A. Rosenfeld
DRosenfeld@rgrdlaw.com

April 22, 2014

Hon. Naomi Reice Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 21A
New York, NY 10007-1312

Re:  *Atwood v. Intercept Pharmaceuticals, Inc., et al*, No. 1:14-cv-01123-NRB (filed 02/21/14) and *Burton v. Intercept Pharmaceuticals, Inc., et al*, No. 1:14-cv-01373-NRB (filed 02/28/14)

Dear Judge Buchwald:

My firm has been retained to make a motion for appointment as lead plaintiff in the above-referenced actions. Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), a motion for lead plaintiff must be made by any class member who wishes to seek appointment as a lead plaintiff no later than 60 days following the publication of the first notice that was issued advising investors of the pendency of these actions. *See* 15 U.S.C. §§78u-4(a)(3)(A) and (B). The PSLRA allows any class member, even those who have not filed a complaint, to file a motion for appointment as lead plaintiff. *Id.* The first-issued notice here was published on February 21, 2014. As a result, putative class members have until today, April 22, 2014, to file their motions.

Your Honor's Individual Rules of Practice, however, require that parties request a pre-motion conference prior to submitting motion papers. In light of the PSLRA's strict statutory deadline, we respectfully request leave from complying with this practice in this narrow instance so that we may file a motion for appointment as lead plaintiff.

Respectfully submitted,

DAVID A. ROSENFELD