UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOT H. ATWOOD, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>INTERCEPT PHARMACEUTICALS, INC., MARK PRUZANSKI and DAVID SHAPIRO,<br><br>                    Defendants. | No. 1:14-cv-01123-NRB<br><br>ECF  Case |
| GEORGE BURTON, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>INTERCEPT PHARMACEUTICALS, INC., MARK PRUZANSKI and DAVID SHAPIRO,<br><br>                    Defendants. | No. 1:14-cv-01373-NRB<br><br>ECF  Case |

**DECLARATION OF GREGORY B. LINKH IN SUPPORT OF MOTION OF
LEE MUI LENG FOR CONSOLIDATION OF RELATED CASES, APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Gregory B. Linkh, hereby declare as follows:

1.  I am an associate of the law firm Glancy Binkow & Goldberg LLP, counsel for lead plaintiff movant Lee Mui Leng ("Movant").

2.  I submit this Declaration, together with the attached exhibits, in support of Lee Mui Leng's motion to consolidate related cases, appoint Movant as lead plaintiff on behalf of the Class in the consolidated action, and approve Movant's selection of Glancy Binkow & Goldberg LLP as lead counsel. I have personal knowledge of facts set forth herein.

3.  Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:  Letter from Michael Goldberg, Esq., to the Honorable Naomi Reice Buchwald, dated April 22, 2014.

Exhibit B:  Press release published February 21, 2014, on *Business Wire* announcing the pendency of the lawsuit commenced by Scot H. Atwood against defendants herein.

Exhibit C:  Sworn Certification of Lee Mui Leng.

Exhibit D:  Table reflecting the calculated losses incurred by Movant as a result of transactions in Intercept Pharmaceuticals, Inc.

Exhibit E:  Firm résumé of Glancy Binkow & Goldberg LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 22nd day of April, 2014, at New York, New York.

*s/ Gregory B. Linkh*
Gregory B. Linkh

## PROOF OF SERVICE BY ELECTRONIC POSTING
## PURSUANT TO SOUTHERN DISTRICT OF NEW YORK
## ECF AND LOCAL RULES AND BY MAIL
## ON ALL KNOWN NON-REGISTERED PARTIES

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 122 East 42nd Street, Suite 2920, New York, New York 10168.

On April 22, 2014, I caused to be served the following documents:

1. **NOTICE OF MOTION AND MOTION OF LEE MUI LENG FOR CONSOLIDATION OF RELATED CASES, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

2. **MEMORANDUM OF LAW IN SUPPORT OF MOTION OF LEE MUI LENG FOR CONSOLIDATION OF RELATED CASES, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

3. **DECLARATION OF GREGORY B. LINKH IN SUPPORT OF MOTION OF LEE MUI LENG FOR CONSOLIDATION OF RELATED CASES, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

By posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the attached Court's Service List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 22, 2014, at New York, New York.

<u>*s/ Gregory B. Linkh*</u>
Gregory B. Linkh

Case 1:14-cv-01123-NRB   Document 11   Filed 04/22/14   Page 4 of 5

# Mailing Information for a Case 1:14-cv-01123-NRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael G. Bongiorno**
  michael.bongiorno@wilmerhale.com

- **Shauna Kathleen Friedman**
  shauna.friedman@wilmerhale.com

- **Tamar Batya Kaplan-Marans**
  tamar.kaplan-marans@wilmerhale.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 1:14-cv-01373-NRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael G. Bongiorno**
  michael.bongiorno@wilmerhale.com

- **Shauna Kathleen Friedman**
  shauna.friedman@wilmerhale.com

- **Tamar Batya Kaplan-Marans**
  tamar.kaplan-marans@wilmerhale.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,lpvega@pomlaw.com

- **Lesley F Portnoy**
  lfportnoy@pomlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)