# EXHIBIT D

| Company Name: | Intercept Pharmaceuticals, Inc. | Movant's Loss Chart | | | | |
|---|---|---|---|---|---|---|
| Ticker: | ICPT | | | | | |
| Class Period: | 1/9/14-1/10-/14 | | | | | |
| Movant: | Lee Mui Leng | | | | | |
| **Date** | **Shares** | **Price Bought** | **Total Bought** | **Price Sold** | **Total Sold:** | **Balance** |
| 1/10/2014 | 20 | $468.1250 | -$9,362.5000 | | $0.0000 | -$9,362.50 |
| 1/10/2014 | 30 | $460.0000 | -$13,800.0000 | | $0.0000 | -$13,800.00 |
| **Shares Remaining:** | **50** | | | | Subtotal: | -$23,162.50 |
| **As of Date:** | 4/22/2014 | | **90-Day Average Price** | **Shares Remaining** | **90-Day Average:** | $17,697.71 |
| | | | $353.9542 | 50 | Total: | **-$5,464.79** |