UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| SCOT H. ATWOOD, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:14-cv-01123-NRB |
|  | : |  |
|  | : | CLASS ACTION |
| Plaintiff, | : |  |
|  | : |  |
| vs. | : |  |
|  | : |  |
| INTERCEPT PHARMACEUTICALS, INC., et al., | : |  |
|  | : |  |
| Defendants. | : |  |
| GEORGE BURTON, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:14-cv-01373-NRB |
|  | : |  |
|  | : | CLASS ACTION |
| Plaintiff, | : |  |
|  | : |  |
| vs. | : |  |
|  | : |  |
| INTERCEPT PHARMACEUTICALS, INC., et al., | : |  |
|  | : |  |
| Defendants. | : |  |

DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF GEORGE BURTON'S
MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF SELECTION OF COUNSEL

I, DAVID A. ROSENFELD declare, as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the state of New York and this Court.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), counsel of record for proposed lead plaintiff George Burton ("Burton") and proposed lead counsel for the class in the above-captioned actions.  I make this declaration in support of George Burton's Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      First-published notice of pendency of class action published in *Business Wire* on February 21, 2014;

Exhibit B:      George Burton's Sworn Certification; and

Exhibit C:      Robbins Geller's firm resumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 22st day of April, 2014 at Melville, New York.


                                    s/ David A. Rosenfeld
                                    DAVID A. ROSENFELD

CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2014, I authorized the electronic filing of the foregoing with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to the

e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I

caused to be mailed the foregoing document or paper via the United States Postal Service to the non-

CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  Executed on April 22, 2014.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:drosenfeld@rgrdlaw.com

# Mailing Information for a Case 1:14-cv-01123-NRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael G. Bongiorno**
  michael.bongiorno@wilmerhale.com

- **Shauna Kathleen Friedman**
  shauna.friedman@wilmerhale.com

- **Tamar Batya Kaplan-Marans**
  tamar.kaplan-marans@wilmerhale.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

`George Burton`

`'`