UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re INTERCEPT PHARMACEUTICALS, INC. SECURITIES LITIGATION | : : : | Civil Action No. 1:14-cv-01123-NRB |
| | : | CLASS ACTION |
| This Document Relates To: | : : : | MOTION FOR ADMISSION *PRO HAC VICE* OF TRIG R. SMITH |
| ALL ACTIONS. | : : | |

944211_1

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, I, Trig R. Smith, hereby move this Court for an Order for Admission to practice *pro hac vice* to appear as counsel for Lead Plaintiff George Burton in the above-captioned action.

I am a member in good standing with the bars of the states of California and Colorado, and there are no pending disciplinary proceedings against me in any state or federal court.  *See* Exhibit A, attached hereto.

| | |
|---|---|
| DATED:  May 23, 2014 | ROBBINS GELLER RUDMAN <br>   & DOWD LLP <br> TOR GRONBORG <br> TRIG R. SMITH <br> KEVIN A. LAVELLE |

s/ TRIG R. SMITH
TRIG R. SMITH

655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
torg@rgrdlaw.com
trigs@rgrdlaw.com
klavelle@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

Lead Counsel for Plaintiffs

POMERANTZ LLP
JEREMY A. LIEBERMAN
LESLEY F. PORTNOY
600 Third Avenue
New York, NY  10016
Telephone:  212/661-1100
212/661-8665 (fax)

Additional Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 23, 2014.

s/ TRIG R. SMITH
TRIG R. SMITH

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  trigs@rgrdlaw.com

944211_1

# Mailing Information for a Case 1:14-cv-01123-NRB

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael G. Bongiorno**
  michael.bongiorno@wilmerhale.com

- **Shauna Kathleen Friedman**
  shauna.friedman@wilmerhale.com

- **Tamar Batya Kaplan-Marans**
  tamar.kaplan-marans@wilmerhale.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com

- **Gregory Bradley Linkh**
  glinkh@glancylaw.com

- **Lesley F Portnoy**
  lfportnoy@pomlaw.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# EXHIBIT A



# Supreme Court of California

FRANK A. McGUIRE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### TRIG RANDALL SMITH

*I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that TRIG RANDALL SMITH, #237399, was on the 20th day of June, 2005, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 20th day of May, 2014.*

FRANK A. McGUIRE
Clerk of the Supreme Court

By:_____
A. Allen, *Senior Deputy Clerk*



# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, **Christopher T. Ryan**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**TRIG R SMITH**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **15th** day of **May** A.D. **2001** and that at the date hereof the said **TRIG R SMITH** is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **20th** day of **May** A.D. **2014**

**Christopher T. Ryan**
Clerk

By _Carla Trujillo_
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re INTERCEPT PHARMACEUTICALS, INC. SECURITIES LITIGATION | Civil Action No. 1:14-cv-01123-NRB |
| | CLASS ACTION |
| This Document Relates To:    ALL ACTIONS. | ORDER FOR ADMISSION *PRO HAC VICE* OF TRIG R. SMITH |

944213_1

The Motion for Admission *Pro Hac Vice* of Trig R. Smith in the above-captioned action is GRANTED.

Applicant has declared that he is a member in good standing with the bars of the states of California (Bar No. 237399) and Colorado (Bar No. 32699); and that his contact information is as follows:

|  |  |
|---|---|
| Applicant Name: | TRIG R. SMITH |
| Firm Name: | Robbins Geller Rudman & Dowd LLP |
| Address: | 655 West Broadway, Suite 1900 |
| City / State / Zip: | San Diego, CA  92101 |
| Telephone: | 619/231-1058 |
| Fax: | 619/231-7423 |
| E-mail: | trigs@rgrdlaw.com |

Applicant having request admission *pro hac vice* to appear for all purposes as counsel for Lead Plaintiff George Burton in the above-entitled action;

IT IS HEREBY ORDERED that applicant is admitted to practice *pro hac vice* in the above-entitled action in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

IT IS SO ORDERED.

DATED: _____    _____
                                    THE HONORABLE NAOMI R. BUCHWALD
                                    UNITED STATES DISTRICT JUDGE