UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re INTERCEPT PHARMACEUTICALS, INC. SECURITIES LITIGATION | : : : : | Civil Action No. 1:14-cv-01123-NRB<br><br>CLASS ACTION |
| This Document Relates To:<br><br>    ALL ACTIONS. | : : : : : | MOTION FOR ADMISSION *PRO HAC VICE* OF KEVIN A. LAVELLE |

944315_1

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, I, Kevin A. Lavelle, hereby move this Court for an Order for Admission to practice *pro hac vice* to appear as counsel for Lead Plaintiff George Burton in the above-captioned action.

I am a member in good standing with the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court.  *See* Exhibit A, attached hereto.

DATED:  May 28, 2014            ROBBINS GELLER RUDMAN
                                                                    & DOWD LLP
                                                                   TOR GRONBORG
                                                                   TRIG R. SMITH
                                                                   KEVIN A. LAVELLE

                                                                             s/ KEVIN A. LAVELLE
                                                                                KEVIN A. LAVELLE

                                                                  655 West Broadway, Suite 1900
                                                                  San Diego, CA  92101-8498
                                                                  Telephone:  619/231-1058
                                                                  619/231-7423 (fax)
                                                                  torg@rgrdlaw.com
                                                                  trigs@rgrdlaw.com
                                                                  klavelle@rgrdlaw.com

                                                                  ROBBINS GELLER RUDMAN
                                                                     & DOWD LLP
                                                                  SAMUEL H. RUDMAN
                                                                  DAVID A. ROSENFELD
                                                                  58 South Service Road, Suite 200
                                                                  Melville, NY  11747
                                                                  Telephone:  631/367-7100
                                                                  631/367-1173 (fax)
                                                                  srudman@rgrdlaw.com
                                                                  drosenfeld@rgrdlaw.com

                                                                  Lead Counsel for Plaintiffs

944315_1

POMERANTZ LLP
JEREMY A. LIEBERMAN
LESLEY F. PORTNOY
600 Third Avenue
New York, NY  10016
Telephone:  212/661-1100
212/661-8665 (fax)

Additional Counsel for Plaintiffs

- 2 -

CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 28, 2014.

s/ KEVIN A. LAVELLE
KEVIN A. LAVELLE

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  klavelle@rgrdlaw.com

944315_1

# Mailing Information for a Case 1:14-cv-01123-NRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael G. Bongiorno**
  michael.bongiorno@wilmerhale.com

- **Shauna Kathleen Friedman**
  shauna.friedman@wilmerhale.com

- **Tor Gronborg**
  torg@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Tamar Batya Kaplan-Marans**
  tamar.kaplan-marans@wilmerhale.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com

- **Gregory Bradley Linkh**
  glinkh@glancylaw.com

- **Lesley F Portnoy**
  lfportnoy@pomlaw.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Trig Randall Smith**
  trigs@rgrdlaw.com,e_file_sd@rgrdlaw.com,kirstenb@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

# EXHIBIT A



# Supreme Court of California

FRANK A. McGUIRE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### KEVIN A. LAVELLE

*I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that KEVIN A. LAVELLE, #292442, was on the 3rd day of December, 2013, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 20th day of May, 2014.*

FRANK A. McGUIRE
*Clerk of the Supreme Court*

By: _____
A. Allen, Senior Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re INTERCEPT PHARMACEUTICALS, INC. SECURITIES LITIGATION | : : : : | Civil Action No. 1:14-cv-01123-NRB<br><br>CLASS ACTION |
| This Document Relates To:<br><br>   ALL ACTIONS. | : : : : : | ORDER FOR ADMISSION *PRO HAC VICE* OF KEVIN A. LAVELLE |

944316_1

The Motion for Admission *Pro Hac Vice* of Kevin A. Lavelle in the above-captioned action is GRANTED.

Applicant has declared that he is a member in good standing with the bar of the state of California (Bar No. 292442); and that his contact information is as follows:

|   |   |
|---|---|
| Applicant Name: | KEVIN A. LAVELLE |
| Firm Name: | Robbins Geller Rudman & Dowd LLP |
| Address: | 655 West Broadway, Suite 1900 |
| City / State / Zip: | San Diego, CA  92101 |
| Telephone: | 619/231-1058 |
| Fax: | 619/231-7423 |
| E-mail: | klavelle@rgrdlaw.com |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Lead Plaintiff George Burton in the above-entitled action;

IT IS HEREBY ORDERED that applicant is admitted to practice *pro hac vice* in the above-entitled action in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

IT IS SO ORDERED.


DATED: _____     _____
                                           THE HONORABLE NAOMI R. BUCHWALD
                                           UNITED STATES DISTRICT JUDGE

944316_1