UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————— x
In re INTERCEPT PHARMACEUTICALS,   :   Civil Action No. 1:14-cv-01123-NRB
INC. SECURITIES LITIGATION         :
                                   :   CLASS ACTION
———————————————————                :
                                   :   ORDER FOR ADMISSION *PRO HAC VICE*
This Document Relates To:          :   OF TOR GRONBORG
                                   :
     ALL ACTIONS.                  :
——————————————————— x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/29/2014
```

944203_1

The Motion for Admission *Pro Hac Vice* of Tor Gronborg in the above-captioned action is GRANTED.

Applicant has declared that he is a member in good standing with the bar of the state of California (Bar No. 179109); and that his contact information is as follows:

| | |
|---|---|
| Applicant Name: | TOR GRONBORG |
| Firm Name: | Robbins Geller Rudman & Dowd LLP |
| Address: | 655 West Broadway, Suite 1900 |
| City/State/Zip: | San Diego, CA  92101 |
| Telephone: | 619/231-1058 |
| Fax: | 619/231-7423 |
| E-mail: | torg@rgrdlaw.com |

Applicant having request admission *pro hac vice* to appear for all purposes as counsel for Lead Plaintiff George Burton in the above-entitled action;

IT IS HEREBY ORDERED that applicant is admitted to practice *pro hac vice* in the above-entitled action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

IT IS SO ORDERED.

DATED: May 28, 2014

THE HONORABLE NAOMI R. BUCHWALD
UNITED STATES DISTRICT JUDGE

- 1 -

944203_1