UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| IN RE INTERCEPT PHARMACEUTICALS, INC. SECURITIES LITIGATION | x : : : x | 14 Civ. 1123 (NRB)<br><br>ECF Case |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for defendants Intercept Pharmaceuticals, Inc., Mark Pruzanski, and David Shapiro. I certify that I am admitted to practice in this Court.

Dated: August 14, 2014

                                          Respectfully submitted,

                                By: /s/ Ari J. Savitzky_____
                                       Ari J. Savitzky
                                       WILMER CUTLER PICKERING HALE
                                         AND DORR LLP
                                       7 World Trade Center
                                       250 Greenwich Street
                                       New York, New York 10007
                                       Tel.: 212-230-8800
                                       Fax: 212-230-8888
                                       Email: ari.savitzky@wilmerhale.com