UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|   |   |
|---|---|
| IN RE INTERCEPT PHARMACEUTICALS, INC. SECURITIES LITIGATION | 14 Civ. 1123 (NRB)<br><br>ECF Case<br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the Defendants' Motion to Dismiss the Consolidated Amended Complaint, and the Declaration of Shauna K. Friedman, dated August 13, 2014, and exhibits thereto, and the letter pursuant to Rule 2.E.1 of the Court's Individual Rules of Practice, Defendants in the above-captioned proceedings, by their attorneys, will move before the Honorable Naomi Reice Buchwald, United States District Judge, of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an Order pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, dismissing with prejudice all claims in the Consolidated Amended Complaint.

Dated: August 14, 2014	Respectfully submitted,

**WILMER CUTLER PICKERING
 HALE AND DORR LLP**

By:	  /s/ Michael G. Bongiorno_____
	Michael G. Bongiorno
	Shauna K. Friedman
	Tamar Kaplan-Marans
	Ari J. Savitzky
	7 World Trade Center
	250 Greenwich Street
	New York, New York 10007
	Telephone: 212.230.8800
	Facsimile: 212.230.8888

*Counsel for Defendants Intercept
Pharmaceuticals, Inc., Mark Pruzanski, and
David Shapiro*