UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE INTERCEPT PHARMACEUTICALS, INC. SECURITIES LITIGATION | x<br>:<br>:<br>:<br>x |

14 Civ. 1123 (NRB)

ECF Case

## DEFENDANT INTERCEPT PHARMACEUTICALS, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant Intercept Pharmaceuticals, Inc. makes the following disclosure through its undersigned counsel: Intercept Pharmaceuticals, Inc., a publicly traded corporation, has no parent corporation. No publicly held corporation owns 10% or more of its stock.

Dated: August 15, 2014

Respectfully submitted,

**WILMER CUTLER PICKERING HALE AND DORR LLP**

By: _/s/ Michael G. Bongiorno_____
Michael G. Bongiorno
Shauna K. Friedman
Tamar Kaplan-Marans
Ari J. Savitzky
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: 212.230.8800
Facsimile: 212.230.8888

*Counsel for Defendants Intercept Pharmaceuticals, Inc., Mark Pruzanski, and David Shapiro*