03/18/2015 12:03 FAX 2122445697  WILMERHALE LLP  ☒002/002
Case 1:14-cv-01123-NRB Document 40 Filed 03/18/15 Page 1 of 1
Case 1:14-cv-01123-NRB Document 39 Filed 03/18/15 Page 1 of 1

# WILMERHALE

Shauna K. Friedman

+1 212 295 6361 (t)
+1 212 230 8888 (f)
shauna.friedman@wilmerhale.com

**By Fax and ECF**

March 18, 2015

Honorable Naomi Reice Buchwald
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *In re Intercept Pharm., Inc. Sec. Litig.*, 14 Civ. 1123

Dear Judge Buchwald,

We represent defendants Intercept Pharmaceuticals, Inc., Mark Pruzanski, and David Shapiro (collectively, "Defendants") in the above-referenced action.

Pursuant to this Court's Memorandum and Order dated March 4, 2015, the parties are conferring regarding a proposed scheduling order, and plan to submit one to the Court next week. The parties have agreed on a proposed deadline for Defendants to answer the Amended Complaint of April 10, 2015.

Because no scheduling order is currently in place, the deadline under the Federal Rules for Defendants to submit an answer is today, March 18, 2015. Accordingly, and pursuant to Rule 1.E of the Court's Individual Practices, Defendants respectfully request that the Court adjourn the deadline for the filing of an Answer until April 10, 2015. Defendants have not previously requested an adjournment of the deadline to submit an Answer, and Plaintiffs have consented to Defendants' request.

*So Ordered.*
[signature]
USDJ
3/18/15

We appreciate the Court's attention to this matter.

Respectfully submitted,


/s/ Shauna K. Friedman


cc: All counsel via ECF

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing  Berlin  Boston  Brussels  Frankfurt  London  Los Angeles  New York  Oxford  Palo Alto  Waltham  Washington