DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/22/2015

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____ x
:
: 14 Civ. 1123 (NRB)
:
IN RE INTERCEPT PHARMACEUTICALS,  : ECF Case
INC. SECURITIES LITIGATION          :
: **ORDER FOR ADMISSION**
: **PRO HAC VICE**
_____ x

The motion of James W. Prendergast, for admission to practice *pro hac vice* in the above captioned action, is granted.

Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Massachusetts, and that his contact information is as follows:

James W. Prendergast
Wilmer, Cutler, Pickering, Hale and Dorr LLP
60 State Street
Boston, MA 02109
Telephone: 617.526.6000
Facsimile: 617.526.5000.

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Intercept Pharmaceuticals, Inc., Mark Pruzanski, and David Shapiro in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: April 22, 2015

_____
United States District Judge