UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re INTERCEPT PHARMACEUTICALS, INC. SECURITIES LITIGATION | : : : : : : : : : | Civil Action No. 1:14-cv-01123-NRB<br><br>CLASS ACTION<br><br>MOTION FOR ADMISSION *PRO HAC VICE* OF KEVIN S. SCIARANI |
| This Document Relates To:<br><br>   ALL ACTIONS. |  |  |

1025147_1

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, I, Kevin S. Sciarani, hereby move this Court for an Order for Admission to practice *pro hac vice* to appear as counsel for Lead Plaintiff George Burton in the above-captioned action.

I am a member in good standing with the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court.  *See* Exhibit A, attached hereto.

DATED:  April 28, 2015

ROBBINS GELLER RUDMAN & DOWD LLP
TOR GRONBORG
TRIG R. SMITH
KEVIN A. LAVELLE
KEVIN S. SCIARANI

s/ KEVIN S. SCIARANI
KEVIN S. SCIARANI

655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
torg@rgrdlaw.com
trigs@rgrdlaw.com
klavelle@rgrdlaw.com
ksciarani@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

Lead Counsel for Plaintiffs

> POMERANTZ LLP
> JEREMY A. LIEBERMAN
> LESLEY F. PORTNOY
> 600 Third Avenue
> New York, NY 10016
> Telephone: 212/661-1100
> 212/661-8665 (fax)
>
> Additional Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2015, I authorized the electronic filing of the foregoing **MOTION FOR ADMISSION *PRO HAC VICE* OF KEVIN S. SCIARANI** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 28, 2015.

                                                s/ KEVIN S. SCIARANI
                                                KEVIN S. SCIARANI

                                                ROBBINS GELLER RUDMAN & DOWD LLP
                                                655 West Broadway, Suite 1900
                                                San Diego, CA  92101-8498
                                                Telephone:  619/231-1058
                                                619/231-7423 (fax)
                                                E-mail:  ksciarani@rgrdlaw.com

1025147_1

# Mailing Information for a Case 1:14-cv-01123-NRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael G. Bongiorno**
  michael.bongiorno@wilmerhale.com,WHMAO@WILMEHALE.COM

- **Shauna Kathleen Friedman**
  shauna.friedman@wilmerhale.com

- **Tor Gronborg**
  torg@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Tamar Batya Kaplan-Marans**
  tamar.kaplan-marans@wilmerhale.com

- **Kevin A. Lavelle**
  klavelle@rgrdlaw.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,lpvega@pomlaw.com

- **Gregory Bradley Linkh**
  glinkh@glancylaw.com

- **Lesley F Portnoy**
  lfportnoy@pomlaw.com

- **James W. Prendergast**
  james.prendergast@wilmerhale.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Ari Joseph Savitzky**
  ari.savitzky@wilmerhale.com

- **Trig Randall Smith**
  trigs@rgrdlaw.com,e_file_sd@rgrdlaw.com,kirstenb@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# EXHIBIT A



# Supreme Court of California

**FRANK A. McGUIRE**
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### KEVIN SHEN SCIARANI

*I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that KEVIN SHEN SCIARANI, #301411, was on the 12th day of December, 2014, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 22nd day of April, 2015.*

FRANK A. McGUIRE
*Clerk of the Supreme Court*

By: _____
A. Allen, Senior Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re INTERCEPT PHARMACEUTICALS, INC. SECURITIES LITIGATION | : : : : | Civil Action No. 1:14-cv-01123-NRB<br><br>CLASS ACTION |
| This Document Relates To:<br><br>    ALL ACTIONS. | : : : : : | ORDER FOR ADMISSION *PRO HAC VICE* OF KEVIN S. SCIARANI |

1025145_1

The Motion for Admission *Pro Hac Vice* of Kevin S. Sciarani in the above-captioned action is GRANTED.

Applicant has declared that he is a member in good standing with the bar of the state of California (Bar No. 301411); and that his contact information is as follows:

    Applicant Name:  KEVIN S. SCIARANI
    Firm Name:    Robbins Geller Rudman & Dowd LLP
    Address:    655 West Broadway, Suite 1900
    City / State / Zip:  San Diego, CA  92101
    Telephone:   619/231-1058
    Fax:     619/231-7423
    E-mail:    ksciarani@rgrdlaw.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Lead Plaintiff George Burton in the above-entitled action;

IT IS HEREBY ORDERED that applicant is admitted to practice *pro hac vice* in the above-entitled action in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

IT IS SO ORDERED.

DATED: _____  _____
                THE HONORABLE NAOMI R. BUCHWALD
                UNITED STATES DISTRICT JUDGE