**WilmerHale**

James W. Prendergast

+1 617 526 6181 (t)
+1 617 526 5000 (f)
James.prendergast@wilmerhale.com

June 11, 2015

<u>Via ECF</u>

Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 21A
New York, New York 10007-1312

Re:   *In re Intercept Pharmaceuticals, Inc. Sec. Litig.*,
      (14-cv-01123-NRB)

Dear Judge Buchwald:

      We write on behalf of the Defendants in the above-captioned action with regard to Plaintiff's request today to submit a 5-page letter-motion for a pre-motion discovery conference. Defendants are prepared to file our response of an equivalent length to Plaintiff's proposed submission by June 23, 2015, unless the Court would prefer that we file our response earlier.

Respectfully submitted,

*James Prendergast /57*

James W. Prendergast

JWP:dmk
cc:   Tor Gronberg, Esq. (via ECF and email)
      Shauna Friedman, Esq. (via ECF and email)
      Michael Bongiorno, Esq. (via ECF and email)
      Trig Smith, Esq.