# Robbins Geller
# Rudman & Dowd LLP

| Atlanta | Chicago | Melville | Philadelphia | San Francisco |
| Boca Raton | Manhattan | Nashville | San Diego | Washington, DC |

Tor Gronborg
torg@rgrdlaw.com

June 11, 2015

VIA ECF & FACSIMILE

Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 21A
New York, New York 10007-1312

> **USDC SDNY**
> **DOCUMENT**
> **ELECTRONICALLY FILED**
> **DOC #:** _____
> **DATE FILED:** ___06/15/2015___

Re: *In re Intercept Pharmaceuticals, Inc. Sec. Litig.,*
No. 1:14-cv-01123-NRB

Dear Judge Buchwald:

We write on behalf of the Plaintiff in the above-captioned action. Following extensive meet and confer discussions, the parties agree that there are two issues regarding the relevance of documents responsive to certain of Plaintiff's document requests that are ripe to be brought to the Court. In accordance with Local Civil Rule 37.1 and Your Honor's Individual Practices 2(B), Plaintiff is prepared to submit a letter-motion for a pre-motion discovery conference. In lieu of a separate letter for each discovery issue, Plaintiff believes it would be most efficient to file a single letter not to exceed five pages addressing both issues. If this is acceptable to the Court, Plaintiff is prepared to submit the letter-motion by Monday, June 15, 2015. Defendants do not object to the request and, if granted, request permission to file a five page letter-response.

*So Ordered. Response by June 23, 2015*

Respectfully submitted,

s/ TOR GRONBORG

TOR GRONBORG

*Reice Buchwald, USDJ*
*6/15/15*

TG:mm

cc: James Prendergast, Esq. (via ECF and email)
Shauna Friedman, Esq. (via ECF and email)
Michael Bongiorno, Esq. (via ECF and email)
Trig Smith, Esq.

1040257_1

655 West Broadway    Suite 1900    San Diego, CA 92101    Tel 619 231 1058    Fax 619 231 7423    www.rgrdlaw.com