# WILMERHALE

July 1, 2015

**James W. Prendergast**

+1 617 526 6181 (t)
+1 617 526 5000 (f)
james.prendergast@wilmerhale.com

**By ECF & Facsimile**

Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 21A
New York, NY 10007-1312

Re:  *In re Intercept Pharmaceuticals, Inc. Sec. Litig.*, No. 1:14-cv-01123-NRB

Dear Judge Buchwald:

   We write to inform the Court and Plaintiff of a minor error contained in Defendants' June 23, 2015 letter filed in the above-referenced action (Dkt. No. 55).  The letter's citation to *In re Clorox Co. Securities Litigation* should be 238 F. Supp. 2d 1139 (N.D. Cal. 2002), not 283 F. Supp. 2d 1139 (N.D. Cal. 2002).


Respectfully submitted,

*/s/ James Prendergast / JY*

James W. Prendergast


cc: Tor Gronberg
    Trig Smith