UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re INTERCEPT PHARMACEUTICALS, INC. SECURITIES LITIGATION | : : : : | Civil Action No. 1:14-cv-01123-NRB<br><br>CLASS ACTION |
| This Document Relates To:<br><br>    ALL ACTIONS. | : : : : : : | DECLARATION OF TRIG R. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL |

1053158_1

I, TRIG R. SMITH, declare as follows:

1. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP and counsel to the proposed class representatives, George Burton and Scot H. Atwood. I am duly licensed to practice before all courts of the States of California and Colorado and admitted *pro hac vice* in this case. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following documents:

Exhibit A: Intercept Pharmaceuticals, Inc.'s 2013 Form 10-K, filed with the Securities and Exchange Commission on March 14, 2014; and

Exhibit B: Firm *resume* of Robbins Geller Rudman & Dowd LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed July 15, 2015, at San Diego, California.

s/ TRIG R. SMITH<br>
TRIG R. SMITH

CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 15, 2015.

                                         s/ TRIG R. SMITH
                                         TRIG R. SMITH

                                         ROBBINS GELLER RUDMAN
                                              & DOWD LLP
                                         655 West Broadway, Suite 1900
                                         San Diego, CA  92101-8498
                                         Telephone:  619/231-1058
                                         619/231-7423 (fax)

                                         E-mail:  trigs@rgrdlaw.com

# Mailing Information for a Case 1:14-cv-01123-NRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael G. Bongiorno**
  michael.bongiorno@wilmerhale.com,WHMAO@WILMEHALE.COM

- **Carissa Jasmine Dolan**
  cdolan@rgrdlaw.com

- **Shauna Kathleen Friedman**
  shauna.friedman@wilmerhale.com

- **Tor Gronborg**
  torg@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Tamar Batya Kaplan-Marans**
  tamar.kaplan-marans@wilmerhale.com

- **Kevin A. Lavelle**
  klavelle@rgrdlaw.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **Gregory Bradley Linkh**
  glinkh@glancylaw.com

- **Lesley F Portnoy**
  lfportnoy@pomlaw.com

- **James W. Prendergast**
  james.prendergast@wilmerhale.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Ari Joseph Savitzky**
  ari.savitzky@wilmerhale.com

- **Kevin S. Sciarani**
  ksciarani@rgrdlaw.com,tdevries@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Trig Randall Smith**
  trigs@rgrdlaw.com,hectorm@rgrdlaw.com,e_file_sd@rgrdlaw.com,kirstenb@rgrdlaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`