Duchwald, W

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/30/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————— x

IN RE INTERCEPT PHARMACEUTICALS,        :
INC. SECURITIES LITIGATION              :
                                        :
                                        :
————————————————————— x

Civil Action No. 1:14-cv-01123-NRB

CLASS ACTION

STIPULATION & [~~PROPOSED~~]
ORDER

WHEREAS, on July 15, 2015, Plaintiffs filed a Motion for Class Certification and Appointment of Class Representatives and Class Counsel (the "Class Certification Motion") along with supporting materials;

WHEREAS, pursuant to the Scheduling Order entered by the Court and signed on March 24, 2015 (Docket #44), the parties agreed to meet and confer following the filing of a Class Certification Motion and submit a proposed briefing schedule for such motion;

WHEREAS, the parties have agreed upon a reasonable schedule in consideration of the anticipated need for expert submissions;

WHEREAS, the parties have agreed that Defendants shall have 60 days from July 15, 2015 within which to file an Opposition to the Class Certification Motion; and

WHEREAS, the parties have further agreed Plaintiffs shall have 30 days thereafter to file a Reply.

NOW, THEREFORE, the parties, through their undersigned counsel, hereby STIPULATE and AGREE as follows:

1. Defendants shall have until September 14, 2015 to file an Opposition to the Class Certification Motion; and

2. Plaintiffs shall have until October 14, 2015 to file a Reply.

Dated: July 29, 2015

**WILMER CUTLER PICKERING HALE AND DORR LLP**

By: _Shauna Friedman_

Michael G. Bongiorno
Shauna K. Friedman
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: 212.230.8800
Facsimile: 212.230.8888

*Counsel for Defendants Intercept Pharmaceuticals, Inc., Mark Pruzanski, and David Shapiro*

Dated: July 29, 2015

**ROBBINS GELLER RUDMAN & DOWD LLP**

By: _____

Tor Gronborg
Trig R. Smith
Kevin A. Lavelle
Kevin S. Sciarani
Carissa J. Dolan

655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
torg@rgrdlaw.com
trigs@rgrdlaw.com
klavelle@rgrdlaw.com
ksciarani@rgrdlaw.com
cdolan@rgrdlaw.com

ROBBINS GELLER RUDMAN
& DOWD LLP
Samuel H. Rudman
David A. Rosenfeld
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

*Lead Counsel for Plaintiffs*

- 2 -

SO ORDERED:

United States District Judge

July 30, 2015
Date