USDC SDNY     *Buchwald, J*
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/20/2015

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------ x
                        :   Civil Action No. 1:14-cv-01123-NRB
                        :

IN RE INTERCEPT PHARMACEUTICALS,     :
INC. SECURITIES LITIGATION             :   CLASS ACTION
                        :

------------------------------------------------ x

## NOTICE OF WITHDRAWAL OF SHAUNA K. FRIEDMAN
## AS COUNSEL OF RECORD AND [PROPOSED] ORDER

**PLEASE TAKE NOTICE** that attorney Shauna K. Friedman hereby withdraws as

counsel for Defendants Intercept Pharmaceuticals, Inc., Mark Pruzanski and David Shapiro

("Defendants") in the above-captioned action. As of August 19, 2015, Ms. Friedman will no

longer be associated with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP

("WilmerHale"). Defendants continue to be represented by other counsel of record from

WilmerHale.

      Ms. Friedman is not asserting a retaining or charging lien.


Dated: August 18, 2015

                                   Respectfully submitted,

                                  *[signature]*

                                  Shauna K. Friedman
                                  Wilmer Cutler Pickering Hale and Dorr LLP
                                  7 World Trade Center
                                  250 Greenwich Street
                                  New York, NY 10007
                                  Telephone: (212) 230-8800
                                  Facsimile: (212) 230-8888
                                  Email: shauna.friedman@wilmerhale.com

                                  *Attorneys for Intercept Pharmaceuticals, Inc.,*
                                  *Mark Pruzanski and David Shapiro.*

- 1 -

SO ORDERED

Hon. Judge Naomi Reice Buchwald
United States District Judge

Dated August 19, 2015