UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE INTERCEPT PHARMACEUTICALS, INC. SECURITIES LITIGATION | x  14 Civ. 1123 (NRB) <br> : <br> :  ECF Case <br> : <br> x |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants Intercept Pharmaceuticals, Inc., Dr. Mark Pruzanski, and Dr. David Shapiro.  I certify that I am admitted to practice in this Court.

Dated: September 9, 2015

                                               Respectfully submitted,

    By:  /s/ Joseph J. Yu _____
       Joseph J. Yu
       Wilmer Cutler Pickering Hale and Dorr LLP
       7 World Trade Center
       250 Greenwich Street
       New York, New York 10007
       Tel.: 212-295-6551
       Email: joseph.yu@wilmerhale.com