UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | x : | 14 Civ. 1123 (NRB) |
| IN RE INTERCEPT PHARMACEUTICALS, INC. SECURITIES LITIGATION | : : : x | ECF Case |

# NOTICE OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for Defendants Intercept Pharmaceuticals, Inc., Dr. Mark Pruzanski, and Dr. David Shapiro. I certify that I am admitted to practice in this court.

Dated: New York, New York
       January 8, 2016

Respectfully submitted,

/s/ Christopher J. Bouchoux
Christopher J. Bouchoux
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
Christopher.Bouchoux@wilmerhale.com

*Attorney for Defendants Intercept Pharmaceuticals, Inc., Dr. Mark Pruzanski, and Dr. David Shapiro*