UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------

In re Intercept Pharma. Inc. Sec. Litig.

                      Plaintiff,

        -against-

                      Defendant.

------------------------------------------------------

Case No. 1:14-cv-01123

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**Christopher Jean Bouchoux**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: CB8079    My State Bar Number is 4656583

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Cravath, Swaine & Moore LLP
                      FIRM ADDRESS: 825 Eighth Avenue, New York, NY 10019
                      FIRM TELEPHONE NUMBER: (212)-474-1168
                      FIRM FAX NUMBER: (212)-474-3700

NEW FIRM:    FIRM NAME: Wilmer Cutler Pickering Hale and Dorr LLP
                      FIRM ADDRESS: 7 World Trade Ctr, 250 Greenwich St., NY, NY 10007
                      FIRM TELEPHONE NUMBER: 212-230-8800
                      FIRM FAX NUMBER: 212-230-8888

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 1/13/2016

                                                    ATTORNEY'S SIGNATURE