| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 01/14/2016 |

---------------------------------------- x
                                    :
                                    :     14 Civ. 1123 (NRB)
IN RE INTERCEPT PHARMACEUTICALS,  :
INC. SECURITIES LITIGATION                :     ECF Case
                                    :
                                    :     **ORDER FOR ADMISSION**
                                    :     **PRO HAC VICE**
---------------------------------------- x

       The motion of Robert Kingsley Smith, for admission to practice *pro hac vice* in the above captioned action, is granted.

       Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Massachusetts, and that his contact information is as follows:

       Robert Kingsley Smith
       Wilmer, Cutler, Pickering, Hale and Dorr LLP
       60 State Street
       Boston, MA 02109
       Telephone: 617.526.6000
       Facsimile: 617.526.5000

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Intercept Pharmaceuticals, Inc., Mark Pruzanski, and David Shapiro in the above entitled action;

       IT IS HEREBY ORDERED that Applicant is admitted *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: January 13, 2016

_____
United States District Judge