USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/14/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————— x
In re INTERCEPT PHARMACEUTICALS,   :   Civil Action No. 1:14-cv-01123-NRB
INC. SECURITIES LITIGATION         :
                                    :   CLASS ACTION
—————————————————————————          :
                                    :   [PROPOSED] ORDER REGARDING
This Document Relates To:           :   DISCOVERY SCHEDULE AND
                                    :   DEPOSITIONS
    ALL ACTIONS.                    :
——————————————————————————— x

The parties to the above-captioned action jointly submit this proposed order regarding the discovery schedule and depositions.

Counsel for the parties have met and conferred and in the effort to expedite the discovery process, eliminate unfair surprise and prejudice and avoid wasting judicial resources, the parties respectfully request that the Court enter as an Order the following discovery agreements:

1. To accommodate the schedule of certain witnesses, whose depositions were noticed before March 25, 2016, but may need to be rescheduled, the parties respectfully request that they be permitted to take depositions of such individuals after the March 25, 2016 fact discovery cut-off but by no later than April 8, 2016 (the parties currently anticipate that only one or two depositions will take place after March 25, 2016);

2. Plaintiffs shall have up to two weeks following the deposition of Mark Pruzanski to subpoena *The Wall Street Journal* reporter, Peter Loftus, if they determine such deposition is necessary. The deposition of Mr. Loftus, if not objected to or if ordered by the Court, is permitted to take place after the March 25, 2016 fact discovery cut-off. No party shall assert that such a subpoena or deposition is untimely, burdensome or otherwise barred by the running of the fact discovery cut-off in this action. Otherwise, no objections to such a subpoena or deposition are waived;

3. In the event either party submits a percipient witness declaration in support of, or in opposition to, a dispositive motion and the declarant has not been deposed in this action, the party against whom such declaration is offered will be given a reasonable opportunity to subpoena and depose the witness on a date no later than 10 days prior to the completion of briefing on the dispositive motion. No party shall assert that such a subpoena or deposition is untimely,

burdensome or otherwise barred by the running of the fact discovery cut-off in this action. Otherwise, no objections to such a subpoena or deposition are waived;

4. In the event any party's expert relies on a declaration, statement or testimony of any percipient witness who has not been deposed in this action, the party whose expert relied on such witness will provide the opposing party a reasonable opportunity to subpoena and depose the witness on a date no later than the expert discovery cut-off. No party shall assert that such a subpoena or deposition is untimely, burdensome or otherwise barred by the running of the fact discovery cut-off in this action. Otherwise, no objections to such a subpoena or deposition are waived.

5. In the event either party identifies a trial witness who has not been deposed in this action, the party identifying such witness will provide the opposing party a reasonable opportunity to subpoena and depose the proposed trial witness on a date no later than 30 days prior to trial. No party shall assert that such a subpoena or deposition is untimely, burdensome or otherwise barred by the running of the fact discovery cut-off in this action. Otherwise, no objections to such a subpoena or deposition are waived.

DATED: January 11, 2016

ROBBINS GELLER RUDMAN
  & DOWD LLP
TOR GRONBORG
TRIG R. SMITH
KEVIN A. LAVELLE
KEVIN S. SCIARANI
CARISSA J. DOLAN

_____
TOR GRONBORG

- 2 -

1099342_1

655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
torg@rgrdlaw.com
trigs@rgrdlaw.com
klavelle@rgrdlaw.com
ksciarani@rgrdlaw.com
cdolan@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

Lead Counsel for Plaintiffs

POMERANTZ LLP
JEREMY A. LIEBERMAN
LESLEY F. PORTNOY
600 Third Avenue
New York, NY 10016
Telephone: 212/661-1100
212/661-8665 (fax)

JOHNSON & WEAVER, LLP
W. SCOTT HOLLEMAN
99 Madison Avenue, 5th Floor
New York, NY 10016
Telephone: 212/802-1486
212/602-1592 (fax)

Additional Counsel for Plaintiffs

- 3 -

DATED: January 11, 2016

WILMER CUTLER PICKERING HALE AND DORR LLP
MICHAEL G. BONGIORNO
JAMES W. PRENDERGAST

_____
JAMES W. PRENDERGAST

7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212/230-8800
212/230-8888 (fax)

Attorneys for Defendants Intercept Pharmaceuticals, Inc., Mark Pruzanski and David Shapiro

\*   \*   \*

**ORDER**

IT IS SO ORDERED.

DATED: January 13, 2016

_____
THE HONORABLE NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

- 4 -

1099342_1