WILMERHALE

March 17, 2016

**James W. Prendergast**

+1 617 526 6181 (t)
+1 617 526 5000 (f)
james.prendergast@wilmerhale.com

**By ECF & Hand Delivery**

Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 21A
New York, NY 10007-1312

Re:  *Intercept Pharmaceuticals, Inc. Sec. Litig.*, No. 14-cv-1123-NRB

Dear Judge Buchwald:

Enclosed is a Joint Stipulation Regarding Motions filed under seal by the parties in the above-referenced matter.  The parties respectfully request that the Joint Stipulation remain under seal.

Sincerely

/s/ James W. Prendergast

James W. Prendergast

Cc:     Tor Gronborg
        Counsel of record