UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |  |
|---|---|---|
| | x : | |
| | : | 14 Civ. 1123 (NRB) |
| | : | |
| IN RE INTERCEPT PHARMACEUTICALS, | : | ECF Case |
| INC. SECURITIES LITIGATION | : | |
| | : | **JOINT STIPULATION REGARDING** |
| | : | **MOTIONS** |
| | x | |
| | | **FILED UNDER SEAL** |

**FILED UNDER SEAL**

1