UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re INTERCEPT PHARMACEUTICALS, INC. SECURITIES LITIGATION | : : : : : : : : : : | Civil Action No. 1:14-cv-01123-NRB <br><br> <u>CLASS ACTION</u> <br><br> NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION AND FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARD TO PLAINTIFFS PURSUANT TO 15 U.S.C. §78u-4(a)(4) |
| This Document Relates To: <br><br> ALL ACTIONS. | | |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that upon: (i) the Declarations of Tor Gronborg, affirmed on July 27, 2016; (ii) the Declaration of George Burton, affirmed on July 20, 2016; (iii) the Declaration of Scot H. Atwood, affirmed on July 18, 2016; (iv) the Declaration of Frank J. Johnson, affirmed on June 30, 2016; (v) the Declaration of Leigh Handelman Smollar, affirmed on July 25, 2016; (vi) the Stipulation of Settlement, dated as of May 2, 2016 and the Exhibits annexed thereto; (vii) the Declaration of Carole K. Sylvester, affirmed on July 26, 2016; (viii) Plaintiffs' Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement and Plan of Allocation and for an Award of Attorneys' Fees and Expenses and Award to Plaintiffs Pursuant to 15 U.S.C. §78u-4(a)(4); and (ix) all other proceedings herein, plaintiffs George Burton and Scot H. Atwood, by and through their attorneys, will move this Court, before the Honorable Naomi Reice Buchwald, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York on September 8, 2016, at 11:00 a.m., for entry of orders and judgments pursuant to Rule 23 of the Federal Rules of Civil Procedure (1) finally

1168927_1

approving the settlement of the captioned litigation, (2) approving the Plan of Allocation, (3) awarding Lead Counsel attorneys' fees, plus expenses in the litigation, and (4) awarding Plaintiffs for their time incurred directly related to the representation of the Class.

Proposed orders will be submitted with Plaintiffs' reply submission on or before September 1, 2016.

DATED:  July 27, 2016                           Respectfully submitted,

                ROBBINS GELLER RUDMAN
                  &amp; DOWD LLP
                THEODORE J. PINTAR
                TOR GRONBORG
                TRIG R. SMITH
                KEVIN A. LAVELLE
                KEVIN S. SCIARANI
                CARISSA J. DOLAN


                     s/ Tor Gronborg
                  TOR GRONBORG

                655 West Broadway, Suite 1900
                San Diego, CA  92101
                Telephone:  619/231-1058
                619/231-7423 (fax)
                tedp@rgrdlaw.com
                torg@rgrdlaw.com
                trigs@rgrdlaw.com
                klavelle@rgrdlaw.com
                ksciarani@rgrdlaw.com
                cdolan@rgrdlaw.com

                ROBBINS GELLER RUDMAN
                  &amp; DOWD LLP
                SAMUEL H. RUDMAN
                DAVID A. ROSENFELD
                58 South Service Road, Suite 200
                Melville, NY  11747
                Telephone:  631/367-7100
                631/367-1173 (fax)
                srudman@rgrdlaw.com
                drosenfeld@rgrdlaw.com

                Lead Counsel for Plaintiffs

1168927_1

POMERANTZ LLP
JEREMY A. LIEBERMAN
LESLEY F. PORTNOY
600 Third Avenue
New York, NY  10016
Telephone:  212/661-1100
212/661-8665 (fax)

Additional Counsel for Plaintiffs

- 3 -

## CERTIFICATE OF SERVICE

I, Tor Gronborg, hereby certify that on July 27, 2016, I caused a true and correct copy of the attached:

> Notice of Motion and Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation and for an Award of Attorneys' Fees and Expenses and Award to Plaintiffs Pursuant to 15 U.S.C. §78u-4(a)(4)

to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filings to all counsel registered to receive such notice.

*s/ Tor Gronborg*
TOR GRONBORG

1168927_1